# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JASON JARRELL SPIKES

NO. 2020 KW 0351

**JUNE 19, 2020**

---

In Re:    Jason Jarrell Spikes, applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 16-CR6-129868.

---

**BEFORE:   WHIPPLE, C.J., GUIDRY AND HIGGINBOTHAM, JJ.**

**WRIT DENIED ON THE SHOWING MADE.**

**VGW**
**JMG**
**TMH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT